Hedvat v Klein (2022 NY Slip Op 51152(U))

[*1]

Hedvat v Klein

2022 NY Slip Op 51152(U) [77 Misc 3d 129(A)]

Decided on November 22, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 22, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, J.P., Tisch, Michael, JJ.

570041/19

Ephraim Hedvat,
Plaintiff-Appellant,
against
Bernard Klein, D.D.S.,
Defendant-Respondent.

Plaintiff appeals from an order of the Civil Court of the City of New York, New
York County (Carolyn Walker-Diallo, J.), dated December 6, 2018, which granted
defendant's motion for summary judgment dismissing the complaint.

Per Curiam.
Order (Carolyn Walker-Diallo, J.), dated December 6, 2018, affirmed, without
costs.
Civil Court properly granted defendant's motion for summary judgment in this dental
malpractice action. Defendant met his prima facie burden by demonstrating that he "did
not depart from good and accepted dental practices" in treating the plaintiff (Hartt v
Kramer, 155 AD3d 560 [2017]), or, if there was such a departure, that it was not a
proximate cause of the plaintiff's injuries (see Kozlowski v Oana, 102 AD3d 751,
752-753 [2013]). Once the defendant met this burden, plaintiff was obligated to rebut
defendant's prima facie showing with competent evidence demonstrating that the
defendant departed from accepted dental practice (see Biondi v Behrman, 149
AD3d 562, 563 [2017], lv dismissed and denied 30 NY3d 1012 [2017]). Here,
plaintiff's general allegations of dental malpractice, which were conclusory and
unsupported by competent medical evidence, were insufficient to defeat defendant's
motion (see Masucci v Feder, 196 AD2d 416, 420 [1993]). Nor did plaintiff
establish that any discovery allegedly still outstanding "might lead to facts that would
support [his] opposition to the motion" (Laporta v PPC Commercial, LLC, 204
AD3d 538, 539 [2022]). 
We have examined plaintiff's remaining contentions and find them to be without
merit.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: November 22, 2022